# Notice Recipients

| | |
|---|---|
| District/Off: 0208–7 | User: | Date Created: 9/25/2019 |
| Case: 19–22737–rdd | Form ID: 155new | Total: 235 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Ford Motor Credit Company LLC as agent for CAB East, LLC, |
| cr | Stamford Windustrial Co. |
| cr | JPMorgan Chase Bank, National Association |
| 7507616 | IPEX PLUMBING |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Mark S. Tulis | mtulis.trustee@gmail.com |
| aty | Aleksander Piotr Powietrzynski | alex@winstonandwinston.com |
| aty | Anthony F. Giuliano | afg@pryormandelup.com |
| aty | John M Dubuc | jdubuc@schillerknapp.com |
| aty | Karen Marie Riggio | riggiokm@aol.com |
| aty | Martin A. Mooney | ahight@schillerknapp.com |
| aty | Michael D. Siegel | sieglaw@optonline.net |
| aty | Phillip Andrew Raymond | phillip.raymond@mccalla.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Anthony E Giachetti    135 North Magnolia Street    Pearl River, NY 10965 |
| jdb | Lori Giachetti    135 North Magnolia Street    Pearl River, NY 10965 |
| cr | Platinum Rapid Funding Group, Inc.    Pryor & Mandelup, L.L.P.    Attn: Anthony F. Giuliano    675 Old Country Road    Westbury, NY 11590 |
| cr | JPMORGAN CHASE BANK, N.A.    c/o Winston & Winston, P.C.    708 Third Avenue, 5th Floor, Suite 142    New York, NY 10017 |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201–551 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7507516 | 2 TECHS CO    133 WEST 25TH STREET 6TH FLOOR    NEW YORK, NY 10001 |
| 7507517 | 277 RAMONA AVENUE    277 RAMONA AVENUE    STATEN ISLAND, NY 10312 |
| 7507518 | 535 CONSTRUCTION LLC    38 EAST 29TH STREET 9TH FLOOR    NEW YORK, NY 10016 |
| 7507519 | 95 EAST LLC    2736 COLDEN AVENUE    BRONX, NY 10469 |
| 7585894 | ACAR Leasing LTD d/b/a GM Financial Leasing    PO Box 183853    Arlington TX 76096 |
| 7507520 | ACCARDI COMPANIES    79–05 COOPER AVENUE    RIDGEWOOD, NY 11385 |
| 7507521 | ADAM WILNER, ESQ.    60 EAST 42 ST.    STE 4000    NEW YORK, NY 10165 |
| 7507522 | ADAWIN F TAVERAS    499 A MADISON STREET    BROOKLYN, NY 11221 |
| 7507523 | ADDISON MARAJ PLUMBING LLC    20 PEARSALL PLACE    DEER PARK, NY 11729 |
| 7507524 | AF SUPPLY CORPORATION    1000 SOUTH 2ND STREET    HARRISON, NJ 07029 |
| 7507525 | AGIM HAXHAJ    75 BYRON AVENUE    YONKERS, NY 10704 |
| 7507526 | ALBERT MUNDIJA    1904 HOBART AVENUE    BRONX, NY 10461 |
| 7507527 | ALDO BUNJAJ    1737 JARVIS AVENUE    BRONX, NY 10461 |
| 7507528 | ALEXANDER DESMOINEAUX    39–07 210TH STREET    BAYSIDE, NY 11361 |
| 7507529 | ALEXANDER LOGU    1650 HUTCHINSON RIVER PARKWAY    #6C    BRONX, NY 10461 |
| 7507530 | ALLY    P.O. BOX 380902    MINNEAPOLIS, MN 55438 |
| 7507531 | ALVI NOTE    1120 BRIGHTON BEACH APT. 1AA    BROOKLYN, NY 11235 |
| 7507532 | AMERICAN EXPRESS    P.O. BOX 1270    NEWARK, NJ 07101 |
| 7507533 | AMERICAN EXPRESS    P.O. BOX 297879    FORT LAUDERDALE, FL 33329 |
| 7507534 | AMERICAN EXPRESS    P.O. BOX 297879    FORT LAUDERDALE, FL 33329 |
| 7507535 | AMERICO GALLO    68 CRAIG AVENUE    STATEN ISLAND, NY 10307 |
| 7507536 | AMERISCAN GPR, INC.    1211 38TH AVENUE    LONG ISLAND CITY, NY 11101 |
| 7507537 | AMSHER COLLECTION SERVICES, IN    4524 SOUTHLAKE PARKWAY,    SUITE 15    BIRMINGHAM, AL 35244 |
| 7507538 | ANDREI V GORDEEV    455 IRVING AVENUE    BROOKLYN, NY 11237 |
| 7507539 | ANDREW SMITH    64 WADSWORTH TERRACE APT. B    NEW YORK, NY 10040 |
| 7507540 | ANFERNI S BALONOS    141 MARYLAND AVENUE    PATERSON, NJ 07503 |
| 7507541 | ANTHONY A POKU    110 ASTORIA BLVD APT. 2F    ASTORIA, NY 11102 |
| 7507542 | ANTHONY J KNEE    12 ENFIELD PLACE    STATEN ISLAND, NY 10306 |
| 7507543 | ANTHONY R MARENA    32 CHERRYWOOD COURT    STATEN ISLAND, NY 10308 |
| 7507544 | ARMANDO CRESPO    646 MONROE AVENUE    ELIZABETH, NJ 07201 |
| 7507545 | ATLANTIS TOOL RENTAL & PAINT    5022 FORT HAMILTON PARKWAY    BROOKLYN, NY 11219 |
| 7507546 | AW MEYER A DIVISION OF COLONY    509 BROAD AVENUE    RIDGEFIELD, NJ 07657 |
| 7507547 | AWISCO    55–15 43RD STREET    MASPETH, NY 11378 |
| 7507548 | BANK OF AMERICA    P.O. BOX 15019    WILMINGTON, DE 19886 |
| 7507549 | BANK OF AMERICA    P.O. BOX 15019    WILMINGTON, DE 19886 |

| 7507550 | BEHIR JASHARI | 2222 EAST 18TH STREET APT. 3C | BROOKLYN, NY 11229 |

7507550    BEHIR JASHARI        2222 EAST 18TH STREET APT. 3C        BROOKLYN, NY 11229
7507551    BERKOVICH AND BOUSKILA        1330 6TH AVENUE #600B        NEW YORK, NY 10019
7507552    BESIM KASTRATI        6019 BUCHANAN PLACE APT. B        WEST NEW YORK, NJ 07093
7507553    BOSTON ROAD EQUIPMENT RENTALS        3211 BOSTON ROAD        BRONX, NY 10469
7507554    BULLET SECURITY, INC.        P.O. BOX 1123        NEW CITY, NY 10956
7507555    CARL PUMA AGENCY        CORPORATE COMMONS TWO        2 TELEPORT DR., STE 206        STATEN ISLAND, NY 10311
7507556    CARLOTZ        8406 WEST BROAD STREET        HENRICO, VA 23294
7507557    CENTRAL PLUMBING SPECIALTIES        550 SAW MILL RIVER ROAD        YONKERS, NY 10701
7507558    CERCO PRODUCTS INC.        127 DALE STREET        WEST BABYLON, NY 11704
7507559    CESAR R MELENDEZ        3225 PARKSIDE PLACE 4D        BRONX, NY 10467
7507560    CHARLES T KNEE        12 ENFIELD PLACE        STATEN ISLAND, NY 10306
7507562    CHASE        P.O. BOX 183164        COLUMBUS, OH 43218
7507563    CHASE        P.O. BOX 183164        COLUMBUS, OH 43218
7507561    CHASE        P.O. BOX 78420        PHOENIX, AZ 85062
7507564    CHASE AUTO FINANCE        P.O. BOX 901076        FORT WORTH, TX 76101
7507565    CHASE CARD SERVICES        P.O. BOX 15123        WILMINGTON, DE 19850
7507566    CHROME CAPITAL        821 WOODMERE COURT #3C        WOODMERE, NY 11598
7507567    CHUBB EASTERN CLAIM SERVICE CE        P.O. BOX 4700        CHESAPEAKE, VA 23327
7507568    CONEDISON        JAF STATION P.O. BOX 1702        NEW YORK, NY 10116
7507569    CONSOLIDATED PLUMBING        121 STEVENS AVENUE        MOUNT VERNON, NY 10550
7507570    CORE TECH ASSOCIATES CORP.        45–38 162ND STREET        FLUSHING, NY 11358
7507571    CULLEN COMPANY LLC        10 MEMORIAL DRIVE        PA 17753
7535833    Central Plumbing Specialties Co., Inc.        Kagan Lubic Lepper Finkelstein & Gold, LLP.        Rosalie Valentino, Esq.        200 Madison Avenue– 24th Flr.        New York, NY 10016
7507572    DAGHER ENGINEERING PLLC        29 BROADWAY        NEW YORK, NY 10006
7507573    DARIUS GARCIA        2800 UNIVERSITY AVE. APT. 31S        BRONX, NY 10468
7507574    DAVE RODRIGUEZ        1780 DAVIDSON AVENUE APT. 56        BRONX, NY 10453
7507575    DEVON JONES        671 GATES AVENUE APT. 2D        BROOKLYN, NY 11221
7507576    DI SANTI MECHANICAL INC.        101 EAST MAIN STREET        BUILDING 3        LITTLE FALLS, NJ 07424
7507577    DIEGO F DELGADO        80–11 30TH AVENUE APT. 1        EAST ELMHURST, NY 11370
7507578    DIEGO MUNOZ VASQUEZ        15 WEST MINISTER ROAD APT 1D        BROOKLYN, NY 11218
7507579    DIGITAL PRINTER SERVICES INC.        757 4TH AVENUE        BROOKLYN, NY 11232
7507580    DMN INSULATION INC.        64 HILL TERRACE        YONKERS, NY 10701
7507581    DRAIN KLEEN SEWER SERVICE INC.        1021 EAST GUN HILL ROAD        BRONX, NY 10469
7507582    DRILLCO EQUIPMENT CO. INC.        10–05 35TH AVENUE        ASTORIA, NY 11106
7507583    DYNATEC CONTRACTING INC.        25–52 CRESCENT STREET        ASTORIA, NY 11102
7507584    E–ZPASSNY        VIOLATIONS PROCESSING CENTER        P.O. BOX 15186        ALBANY, NY 12212
7507585    EDA MUNDIJA        1904 HOBART AVENUE        BRONX, NY 10461
7507586    ELVIS CEKAJ        271 EAST KINGSBRIDGE ROAD        APT. SUPER        BRONX, NY 10458
7507587    EMELA JAKU        55A LOCUST AVENUE APT. 3K        NEW ROCHELLE, NY 10801
7507588    ERLIN NDOU        1650 HUTCHINSON RIVER PARKWAY        #6C        BRONX, NY 10461
7507589    EULER HERMES COLLECTIONS, NORT        800 RED BROOK BLVD. SUITE 400C        OWINGS MILLS, MD 21117
7507590    EZPASSNJ        NJ E–ZPASS P.O. BOX 4971        TRENTON, NJ 08650
7507591    FASCO MECHANICAL & CONTRACTING        108–13 53RD AVENUE        CORONA, NY 11368
7507592    FC BACKGROUND, LLC DBA FC CONS        8350 N. CENTRAL EXPY SUITE 300        DALLAS, TX 75206
7507593    FERNANDO RAPOLO        845 GERARD AVENUE 5G        BRONX, NY 10451
7507594    FIREFIGHTER ONE LLC        34 WILSON DRIVE        SPARTA, NJ 07871
7507595    FIRST CENTRAL SAVINGS BANK        70 GLEN STREET        GLEN COVE, NY 11542
7507596    FORD CREDIT        P.O. BOX 220564        PITTSBURGH, PA 15257
7507597    FRANK EURELL        26A JENNIFER PLACE        STATEN ISLAND, NY 10314
7507598    FUNDRITE LLC        40 WALL STREET        28TH FL        NEW YORK, NY 10005
7507599    G BUILDERS LLC (F–INT LLC)        45 BROADWAY 4TH FLOOR        NEW YORK, NY 10006
7507600    G.A. FLEET ASSOCIATES, INC.        6 INTERNATIONAL DRIVE        SUITE 210        PORT CHESTER, NY 10573
7507601    GARETH STEWART, ESQ.        29 BROADWAY        21 FL        NEW YORK, NY 10006
7507602    GARY WIRTH        57 LOUIS DRIVE        FARMINGDALE, NY 11735
7507603    GENERAL MECHANICAL & FABRICATI        131–38 221 STREET        SPRINGFIELD GARDENS, NY 11413
7507604    GERONIMO C NUNEZ        8321 10TH AVENUE        BROOKLYN, NY 11228
7507605    GIACHETTI PLUMBING & HEATING C        58 TIEMANN PLACE        NEW YORK, NY 10027
7507606    GILBANE BUILDING COMPANY        88 PINE STREET – 27TH FLOOR        NEW YORK, NY 10005
7507607    GJORGJ BUJARA        28 DUNKWOODIE STREET        YONKERS, NY 10704
7507608    GM FINANCIAL        P.O. BOX 78143        PHOENIX, AZ 85062
7507609    GPRS LLC        P.O. BOX 932        TOLEDO, OH 43697
7507610    GRANIT TAHIRAJ        32 HOMESTEAD ROAD        SCARSDALE, NY
7507611    GREEN CAPITAL FUNDING        116 NASSAU STREET, SUITE 804        NEW YORK, NY 10038
7507612    GUGLIELMI PLUMBING AND HEATING        47 HILLTOP LANE        THORNWOOD, NY 10594
7507613    GZIM HADZOVIC        915 MACE AVENUE        BRONX, NY 10469
7507614    IDEAL SUPPLY CO        445 COMMUNIPAW AVENUE        JERSEY CITY, NJ 07304
7507615    IMPLEMENTED WATER TECHNOLOGIES        220 GRACIE PLACE        HACKENSACK, NJ 07601
7507616    IRS – DEPARTMENT OF THE TREASU        HOLTSVILLE, NY 11742
7507617    JESUS TZIC LOPEZ        8719 168TH PLACE #1        JAMAICA, NY 11432
7507618    JESUS TZIC LOPEZ        8719 168TH PLACE #1        JAMAICA, NY 11432
7507619    JOHN IACONO INC.        230 KNICKERBOCKER AVE # A        BOHEMIA, NY 11716

| 7507620 | JOHN J ROGOWSKI | 2535 EILEEN COURT | BELLMORE, NY 11710 |

7507620   JOHN J ROGOWSKI       2535 EILEEN COURT       BELLMORE, NY 11710
7507621   JOHN N. FEHLINGER CO., INC       20 VESEY STREET       NEW YORK, NY 10007
7507622   JOHNSON CONTROLS INC.       8 SKYLINE DRIVE       HAWTHORNE, NY 10532
7507623   JOSE N NARANJO       347 JAMAICA AVE.       BROOKLYN, NY 11201
7507624   JOSEPH SCIACCA & COMPANY CPA'S       23 WILLIS AVENUE       SYOSSET, NY 11791
7585893   JP Morgan Chase Bank, National Association       700 Kansas Lane       Monroe, LA 71203
7597387   JP Morgan Chase Bank, National Association       700 Kansas Lane       Monroe, LA 71203
7507625   KAMIL BUSZYNIEWICZ       60–70 67TH AVENUE       RIDGEWOOD, NY 11385
7507626   KEEVILY SPERO WHITELAW INC.       500 MAMARONECK AVENUE       HARRISON, NY 10528
7507627   KEEVILY SPERO WHITELAW INC.       500 MAMARONECK AVENUE       HARRISON, NY 10528
7507628   KEION JOSEPH       1930 HENNESSY PLACE APT. 1       BRONX, NY 10453
7507629   KENNETH MCKENNA       291 THROGGS NECK BLVD       BRONX, NY 10465
7507630   KEVIN ALVAREZ       504 WEST 172ND STREET APT. 4A       NEW YORK, NY 10032
7507631   KING ROSE OF NY, INC.       307 WEST 38TH STREET STE 1701       NEW YORK, NY 10018
7507632   KRISTJAN PRELDAKAJ       2324 MICKEL AVENUE       BRONX, NY 10469
7507633   KUJTIM HADZOVIC       1626 BAY VIEW AVENUE       BRONX, NY 10465
7555026   Karen Marie Riggio, Esq.       Attorney for Stamford Windustrial Co.       340 East 80th Street #4B       NY NY 10075
7507634   LB PHILIPS       244 FIFTH AVENUE       NEW YORK, NY 10001
7507635   LENDLEASE (US) CONSTRUCTION LM       200 PARK AVENUE, 9TH FLOOR       NEW YORK, NY 10166
7507636   LEONSIO BACAJ       876 KINSELLA STREET APT.5       BRONX, NY 10462
7507637   LEWSAN CONSULTANTS CORP       159–49 CROSS BAY BLVD       HOWARD BEACH, NY 11414
7507638   LINDSEY ROHAN, ESQ.       348 RXR PLAZA       UNIONDALE, NY 11556
7507639   LONG ISLAND PIPE SUPPLY INC.       586 COMMERCIAL AVENUE       GARDEN CITY, NY 11530
7507640   LONNIE COOPER       1800 DAVIDSON AVENUE APT. 6A       BRONX, NY 10453
7507641   LUIS E SALAZAR GUANEME       56–21 VAN CLEEF STREET       CORONA, NY 11368
7507642   LUIS M ACEVEDO       90–36 149TH STREET APT. 3J       JAMAICA, NY 11435
7507643   MALOTA PLUMBING CONTRACTING CO       2501 B HALSEY STREET       BRONX, NY 10461
7507644   MANUEL A DELROSARIO       301 EAST 108TH STREET #34       NEW YORK, NY 10029
7507645   MARKELIAN MARASHI       55A LOCUST AVENUE APT. 3K       NEW ROCHELLE, NY 10801
7507646   MARLIN CAPITAL SOLUTIONS       300 FELLOWSHIP ROAD       MOUNT LAUREL, NJ 08054
7507647   MARSHAL VADIM BARBAROVICH       1517 VOORHIES AVENUE       SUITE 3R       BROOKLYN, NY 11235
7507648   MASON INDUSTRIES, INC.       P.O. BOX 410       SMITHTOWN, NY 11787
7507649   MECHANICAL HEATING SUPPLY, INC       476 TIMPSON PLACE       BRONX, NY 10455
7507650   MELANIO BRAZOBAN       370 SKYLINE DRIVE       STATEN ISLAND, NY 10304
7507651   MICHAEL ANTHONY CONTRACTING CO       161 RAILROAD AVENUE       NEW HYDE PARK, NY 11040
7507652   MICHAEL TEDESCO       92 TERBELL PARKWAY       WESTWOOD, NJ 07675
7507653   MIGUEL CRUZ       328 3RD AVENUE APT. 8       NEW YORK, NY 10010
7507654   MIKEL COLAJ       2566 RADCLIFF AVE 55       BRONX, NY 10469
7507655   MIKOT CONSTRUCTION INC       15 LANDVIEW DRIVE       HUNTINGTON STATION, NY 11746
7507656   MILLER PROCTOR NICKOLAS, INC.       2 HUDSON STREET       TARRYTOWN, NY 10591
7507657   MILTON U CAMPOVERDE       87–93 109TH STREET       RICHMOND HILL, NY 11418
7507658   MONTEFIORE SCHAFFER EXTENDED C       555 SOUTH BROADWAY BLDG B 2FL       TARRYTOWN, NY 10591
7507659   NATIONAL GENERAL INSURANCE       P.O. BOX 3199       WINSTON SALEM, NC 27102
7507660   NEFCO       P.O.BOX 280186       EAST HARTFORD, CT 06128
7507661   NEW YORK STATE INSURANCE FUND       199 CHURCH STREET       NEW YORK, NY 10007–7000
7507662   NEZIR REDZEPAGIC       64 HILL TERRACE       YONKERS, NY 10701
7507663   NFPA       P.O. BOX 9689 MANCHESTER, NH 0       MANCHESTER, NH 03108
7507664   NICHOLAS C PIAZZA       75 HAMDEN AVENUE       STATEN ISLAND, NY 10306
7507665   NORTH SHORE PLUMBING SUPPLY       188–07 NORTHERN BOULEVARD       FLUSHING, NY 11358
7507666   NY PLUMBING WHOLESALE & SUPPLY       933 COLUMBUS AVENUE       NEW YORK, NY 10025
7507667   NYC DEPARTMENT OF FINANCE       CHURCH STREET STATION       P.O. BOX 3640       NEW YORK, NY 10008
7507668   NYS CHILD SUPPORT PROCESSING C       P.O. BOX 15363       ALBANY, NY 12212
7507669   NYS DEPARTMENT OF LABOR– DIV O       75 VARICK STREET, 7TH FLOOR       NEW YORK, NY 10013
7507670   NYS EMPLOYMENT CONTRIBUTIONS /       P.O. BOX 4119       BINGHAMTON, NY 13902
7518200   New York State Department of Labor       NYS Department of Labor       Bldg 12 – Room 266A       State Office Building Campus       Albany, NY 12240
7507671   OSCAR TORRES       1132 FOREST AVENUE       BRONX, NY 10456
7507672   OVERNIGHT FIRE PROTECTION, INC       43 ROCKLYN AVENUE       LYNBROOK, NY 11563
7507673   PARKCHESTER SOUTH CONDOMINIUM       2000 EAST TREMONT AVE.       BRONX, NY 10462
7507674   PEDRO ANTONIO SOTO REYES       1185 BUSHWICK AVENUE       BROOKLYN, NY 11221
7507675   PINNACLE COMMERCIAL DEVELOPMEN       3822 RIVER ROAD REAR BUILDING       POINT PLEASANT BEACH, NJ 08742
7507676   PLATINUM RAPID FUNDING GROUP,       348 RXR PLAZA       UNIONDALE, NY 11556
7507677   PRO STAR – PLUMBING HEATING &       545 MIDLAND AVENUE       STATEN ISLAND, NY 10306
7514764   Pryor & Mandelup, L.L.P.       Attorneys for Platinum Rapid       Funding Group, Inc.       Attn: Anthony F. Giuliano       675 Old Country Road       Westbury, NY 11590
7507678   RAY–BLOCK STATIONERY CO. INC.       3 PLAINFIELD AVE,       FLORAL PARK, NY 11001

| | | | |
|---|---|---|---|
| 7507679 | RELATED | 460 WEST 34TH STREET | NEW YORK, NY 10001 |
| 7507680 | REWAIS LLC | 452 UNION AVENUE | MOUNT VERNON, NY 10550 |
| 7507681 | RFR CAPITAL LLC | 73 MARKET STREET SUITE 316 | YONKERS, NY 10701 |
| 7507682 | RICHTER + RATNER | 45 WEST 36TH STREET 12TH FLOOR | NEW YORK, NY 10018 |
| 7507683 | RUBIN LAW FIRM | 90 BROAD STREET    16TH FL | NEW YORK, NY 10004 |
| 7507684 | RUGOVA GROUP LLC | 3265 JOHNSON AVENUE, SUITE 205 | BRONX, NY 10463 |
| 7535832 | Rosalie Valentino, Esq. | Kagan Lubic Lepper Finkelstein & Gold, LLP. | 200 Madison Avenue– 24th Floor    New York, NY 10016 |
| 7507685 | SALAMON ENGINEERING GROUP. (15 | 330 WEST 38TH STREET SUITE 402 | NEW YORK, NY 10018 |
| 7507686 | SD BUILDERS AND CONSTRUCTION, | 38 EAST 29TH FLOOR 9TH FLOOR | NEW YORK, NY 10016 |
| 7507687 | SETON IDENTIFICATION PRODUCTS | P.O. BOX 95904 | CHICAGO, IL 60694 |
| 7507688 | SIDERIS KEFALAS ENGINEERS P.C. | 217–22 NORTHERN BOULEVARD    STE 201 | BAYSIDE, NY 11361 |
| 7507689 | SKY TESTING SERVICES, INC. | P.O. BOX 278 | SYRACUSE, NY 13214 |
| 7507690 | SOKOL MALKA | 1090 HANCOCK AVENUE | FRANKLIN SQUARE, NY 11010 |
| 7507691 | STAINLESS STEEL WELDING SERVIC | P.O. BOX 506 | HIGH FALLS, NY 12440 |
| 7507692 | STAMFORD WINDUSTRIAL CO. | 54 SUNNYSIDE AVENUE | STAMFORD, CT 06902 |
| 7507693 | SUNBELT RENTALS, INC | P.O. BOX 409211 | ATLANTA, GA 30384 |
| 7507694 | T&L FABRICATORS, INC. | 120 DOBBIN STREET | BROOKLYN, NY 11222 |
| 7507695 | T–MOBILE | PO BOX 53410 | BELLEVUE, WA 98015 |
| 7507696 | TANNER BOLT & NUT CORP. | 714 MONTAUK AVENUE | BROOKLYN, NY 11208 |
| 7507697 | TARGET REDCARD | P.O. BOX 9491 | MINNEAPOLIS, MN 55440 |
| 7507698 | TCE INSURANCE SRVICES INC. | 201 EDWARD CURRY AVE SUITE 205 | STATEN ISLAND, NY 10314 |
| 7507699 | THE FALCON GROUP | 350 SEVENTH AVENUE SUITE 2000 | NEW YORK, NY 10001 |
| 7507700 | THE GUARDIAN LIFE INSURANCE CO | P.O.BOX 26100 | LEHIGH VALLEY, PA 18002 |
| 7507701 | THE PLUMBING EXCHANGE | 182 10TH STREET | BROOKLYN, NY 11215 |
| 7507702 | THE RAY–BLOCK STATIONERY CO | 3 PLAINFIELD AVENUE | FLORAL PARK, NY 11001 |
| 7507703 | THE ROCKEFELLER UNIVERSITY | 1230 YORK AVENUE | NEW YORK, NY 10065 |
| 7507704 | THOMAS D CAPLINGER | 532 ROOSEVELT AVENUE | WESTWOOD, NJ 07675 |
| 7507705 | THOMAS J HERMAN | 811 PLEASANT VIEW TERRACE | RIDGEFIELD, NJ 07657 |
| 7507706 | TVT CAPITAL, LLC | 90 BROAD STREET 16TH FLOOR | NEW YORK, NY 10004 |
| 7507707 | UNITED ASSOCIATION PLUMBERS LO | 50–02 FIFTH STREET | LONG ISLAND CITY, NY 11101 |
| 7507708 | UNITED FIRE PROTECTION CORP | 1 MARK ROAD | KENILWORTH, NJ 07033 |
| 7507709 | UNITED LEASING & FINANCE | 3700 EAST MORGAN AVENUE | EVANSVILLE, IN 47715 |
| 7507710 | UNITED RENTALS | 2844 COLLEGE POINT BOULEVARD | FLUSHING, NY 11354 |
| 7507711 | UNITEDHEALTHCARE OXFORD | P.O. BOX 1697 | NEWARK, NJ 07101 |
| 7507712 | US PREMIUM FINANCE | 280 TECHNOLOGY PARKWAY STE 200 | NORCROSS, GA 30092 |
| 7507713 | VALMIR ISLAMI | 2301 BENSON AVENUE APT. A12 | BROOKLYN, NY 11214 |
| 7507714 | VALON HALIMI | 2301 BENSON AVENUE APT. A12 | BROOKLYN, NY 11214 |
| 7507715 | VERIZON FIOS | P.O. BOX 15124 | ALBANY, NY 12212 |
| 7507716 | VERIZON WIRELESS | P.O. BOX 408 | NEWARK, NJ 07101 |
| 7507717 | VITO GIACHETTI | 14 FAIRHAVEN DRIVE | NEW CITY, NY 10956 |
| 7507718 | WATERMARK CONTRACTORS INC. | 612 CORPORATE WAY, SUITE 11 | VALLEY COTTAGE, NY 10989 |
| 7507719 | WEBSTER PLUMBING | 1758–60 WEBSTER AVENUE | BRONX, NY 10457 |
| 7507720 | WELBY BRADY & GREENBLATT, LLP | 11 MARITIME AVENUE 15TH FLOOR | WHITE PLAINS, NY 10606 |
| 7507721 | WILLIAMS SCOTSMAN, INC. | P.O. BOX 91975 | CHICAGO, IL 60693 |
| 7507722 | WILSON F CARDENAS GUALPA | 244 SUYDAM STREET APT. 1L | BROOKLYN, NY 11237 |
| 7507723 | WORLD WIDE PLUMBING SUPPLY, IN | 212 GRANITE STREET | STATEN ISLAND, NY 10303 |

TOTAL: 222